# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO.  03-24-00748-CR

**Manuel Balderas, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 22ND DISTRICT COURT OF HAYS COUNTY
### NO. CR-20-4558-A, THE HONORABLE R. BRUCE BOYER, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Manuel Balderas was convicted by a jury of three counts of continuous sexual abuse of a child, four counts of sexual assault of a child, two counts of sexual assault, and two counts of indecency with a child by sexual contact.  *See* Tex. Penal Code §§ 21.02, 21.11, 22.011.  The jury sentenced him to confinement for the counts for terms 7, 10, 15, and 25 years—all to run concurrently.

Balderas's court-appointed attorney on appeal has filed a motion to withdraw supported by an *Anders* brief contending that the appeal is frivolous and without merit.  *See Anders v. California*, 386 U.S. 738, 744-45 (1967).  Balderas's court-appointed attorney's brief meets the requirements of *Anders* by presenting a professional evaluation of the record and demonstrating that there are no arguable grounds to be advanced.  *See id*.; *Garner v. State*, 300 S.W.3d 763, 766 (Tex. Crim. App. 2009); *see also Penson v. Ohio*, 488 U.S. 75, 81-82 (1988) (explaining that

*Anders* briefs serve purpose of "assisting the court in determining both that counsel in fact conducted the required detailed review of the case and that the appeal is . . . frivolous"). Balderas's counsel has represented to the Court that he provided copies of the motion and brief to Balderas; advised Balderas of his right to examine the appellate record, file a pro se brief, and pursue discretionary review following the resolution of the appeal in this Court. He also provided to Balderas a Motion for Pro Se Access to the Appellate Record lacking only Balderas's signature and the date and provided the mailing address for this Court. *See Kelly v. State*, 436 S.W.3d 313, 319-20 (Tex. Crim. App. 2014). Balderas has not filed a pro se brief nor a motion for extension of time to file a brief.

We have independently reviewed the record and have found nothing that might arguably support the appeal. *See Anders*, 386 U.S. at 744; *Garner*, 300 S.W.3d at 766. We agree with counsel that the appeal is frivolous and without merit. We grant counsel's motion to withdraw and affirm the trial court's order.

_____

Chari L. Kelly, Justice

Before Justices Triana, Kelly and Theofanis

Affirmed

Filed: August 8, 2025

Do Not Publish